ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ELLYN MARCUS LINDSAY (SBN 116847)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0715
    Facsimile: (213) 894-6269
    email: Steve.Cazares@usdoj.gov
          Ellyn.Lindsay@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-1256-JFW |
| Plaintiff, | <u>PROTECTIVE ORDER</u> |
| v. | |
| MARTIN LUMAN, | |
| Defendant. | |

Pursuant to the parties' Stipulation Re: Protective Order, the Court FINDS as follows:

The evidence in this matter includes personal identification information of individual victims and others including, but not limited to, names, addresses, and telephone numbers (collectively "personal information").

The personal information is found in a computer disk analyzing numerous MoneyGram transactions that the government expects to produce to the defense upon entry of a protective

order by the Court that limits the uses of the personal information by defendant and his counsel and agents in order to protect the individual victims. The material is voluminous and would be extremely difficult to redact.

FOR GOOD CAUSE SHOWN, IT IS ORDERED that only defense counsel and defense counsel's agents may review the unredacted personal information contained in the discovery in preparation for trial, and that defense counsel and defense counsel's agents may only use the unredacted personal information or any portion thereof for the specific purpose of preparing or presenting a defense in this matter, including sentencing, or in possible appellate and post-conviction proceedings related to this matter, and for no other purpose.

IT IS FURTHER ORDERED that defendant may only possess and/or review the unredacted personal information in the presence of defense counsel and/or defense counsel's investigators and/or paralegals. The defense, including paralegals, investigators, and experts, may use the USAO discovery materials for trial and trial preparation, and may not use the unredacted victim information or any portion thereof except for the specific purpose of preparing or presenting a defense in this matter.

IT IS FURTHER ORDERED that defense counsel and defense counsel's agents may make copies of any discovery containing unredacted personal information only for the purpose of assisting in the preparation or presentation of a defense in this case, or in possible appellate or post-conviction proceedings related to this case. However, defendant may not copy via xeroxing, electronic scanning, by handwriting, or in any other manner, any

discovery containing unredacted personal information.

IT IS FURTHER ORDERED that at the conclusion of this matter, defense counsel will make her best efforts to collect and destroy any and all copies of documents and portions thereof containing the personal information that defense counsel possesses and/or has made and distributed to any of defense counsel's agents.

IT IS SO ORDERED.

DATED: March 8, 2012

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE